**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01436-AP

CHANTELL L. ANDERSON,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>
William J. La Croix
PO Box 18749
Denver, CO 80218-0749
Telephone: (303)449-5297
Facsimile: (303)484-7404

<u>For Defendant:</u>
David M. Gaouette
United States Attorney

Kevin Traskos
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado

Thomas H. Kraus
Special Assistant United States Attorney

1

Office of the General Counsel  
Social Security Administration  
1961 Stout Street, Suite 1001A  
Denver, CO 80294  
Telephone: (303)844-0017  
Facsimile: (303)844-0770

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on Section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

**3. DATES OF FILING RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:** June 19, 2009

    **B. Date Complaint Was Served on U.S. Attorney's Office:** June 22, 2009

    **C. Date Answer and Administrative Record Were Filed:** August 21, 2009

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Defendant and Plaintiff state that to the best of their knowledge, information and belief, there does not appear to be any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    **A. Plaintiff's Opening Brief Due:** October 16, 2009

    **B. Defendant's Response Brief Due:** November 16, 2009

**C. Plaintiff's Reply Brief (if any) Due:** November 30, 2009

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:** Plaintiff does not request oral argument.

**B. Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

**A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.LCivR 7.1( C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.**

DATED this 3rd day of September 2009

              BY THE COURT:

              <u>*s/John L. Kane*</u>
              U.S. DISTRICT COURT JUDGE

APPROVED:

s/William J. La Croix  
William J. La Croix  
PO Box 18749  
Denver, CO 80218  
Telephone: (303) 449-5297  
williamlacroix@earthlink.net  

Attorney for Plaintiff

David M. Gaouette  
United States Attorney  

Kevin Traskos  
Deputy Chief, Civil Division  
United States Attorney's Office  
District of Colorado  

s/Thomas H. Kraus  
Thomas H. Kraus  
Special Assistant United States Attorney  
Office of the General Counsel  
Social Security Administration  
1961 Stout Street, Suite 1001A  
Denver, CO 80294  
Telephone: (303)844-0017  
Facsimile: (303)844-0770  
tom.kraus@ssa.gov  

Attorneys for Defendant

: